ADELIA DUANE IRELAND, Appellant, *v.* UNITED STATES MORT-
GAGE AND TRUST COMPANY, Respondent.

*Ireland* v. *U. S. Mortgage & Trust Co.*, 72 App. Div. 95, affirmed.
(Argued May 14, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
6, 1902, affirming a judgment in favor of defendant entered
upon a verdict directed by the court.

*Lyman E. Warren* and *Ida D. Warren* for appellant.

*Herbert Barry* and *Julien T. Davies* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN,
CULLEN and WERNER, JJ.

———————————

WILLIAM P. CLARK et al., Appellants and Respondents, *v.*
ERIE RAILROAD COMPANY, Respondent and Appellant.

*Clark* v. *Erie R. R. Co.*, 70 App. Div. 622, affirmed.
(Argued May 15, 1903; decided June 2, 1903.)

CROSS-APPEALS from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered March 24, 1902, affirming a judgment in favor of
plaintiffs entered upon a verdict directed by the court.

*Edward C. Randall* for plaintiffs, appellants and
respondents.

*Adelbert Moot* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN,
CULLEN and WERNER, JJ.